**Order entered December 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00717-CR

### FRANCISCO JAMES HURTADO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 366th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 366-81421-2012

## ORDER

The Court **REINSTATES** the appeal.

On October 31, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and Stephanie Hudson has been appointed to represent him; (3) Ms. Hudson's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Hudson needs thirty days from the December 19, 2014 findings to file appellant's brief.

We note that appellant's brief is already three months overdue, Ms. Hudson at no time filed a motion to extend time to file the brief, and the appeal has been abated for nearly sixty days awaiting the findings. Accordingly, we **ORDER** appellant to file his brief by **JANUARY**

**20, 2015**.  No further extensions will be granted.  If appellant's brief is not filed within the time specified, the Court will utilize the available remedies to obtain the brief, which may include ordering that Stephanie Hudson be removed as appellate counsel and that the trial court appoint new counsel to represent appellant in this case.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ray Wheless, Presiding Judge, 366th Judicial District Court; Stephanie Hudson; and John Rolater.

/s/     ADA BROWN
          JUSTICE